| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MICHAEL B. LUBIC (SBN 122591)<br>CONNOR J. MEGGS (SBN 336159)<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, California  90067<br>Telephone:  310.552.5000<br>Facsimile:   310.552.5001<br>Emails: michael.lubic@klgates.com<br>           connor.meggs@klgates.com<br><br>*Attorney for:*  Amazon Capital Services, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>WARNER SCIENCE APPLICATIONS,<br><br><br><br>                                                                 Debtor(s). | CASE NO.:6:23-bk-10070-WJ<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>                                                                 Plaintiff(s).<br>vs.<br><br><br><br>                                                                 Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Michael J. Gearin_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Amazon Capital Services, Inc.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                              Page 1                                                          **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   United States District Court, WA Western, December 9, 1991; United States Bankruptcy Court, WA Western, December 9, 1991; United States District Court, WA Eastern, April 9, 1997; United States Bankruptcy Court, WA Eastern, April 9, 1997

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Michael B. Lubic

   Name and address of law firm, or residence address:
   K&L Gates LLP
   10100 Santa Monica Boulevard, 8th Floor
   Los Angeles, CA 90067

   Telephone number of law firm: (310) 552-5000

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 02/01/2023

*Michael J Gearin* (signature)

Signature of applicant

Michael J. Gearin

Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 02/01/2023

/s/ Michael B. Lubic

Signature of Designee

Michael B. Lubic

Printed name of Designee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*　　　　Page 3　　　　**F 2090-1.2.APP.NONRES.ATTY**

```
Court Name: U.S. District Court
Division: 5
Receipt Number: RS012157
Cashier ID: apcash
Transaction Date: 02/01/2023
Payer Name: Michael J. Gearin

PRO HAC VICE
 For: Michael J. Gearin
 Case/Party: D-CAC-2-23-AT-002023-001
 Amount:         $500.00

CHECK
 Remitter: Southern California Legal
 Check/Money Order Num: 160700
 Amt Tendered:   $500.00

Total Due:       $500.00
Total Tendered: $500.00
Change Amt:       $0.00

Michael J. Gearin

K&L Gates LLP

310-552-5000
6:23bk10070-WJ

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/02/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Paul S Arrow    parrow@buchalter.com, docket@buchalter.com;smartin@buchalter.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com; IFS_filing@buchalter.com; smartin@buchalter.com
- Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
- Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/02/2023 | Jonathan Randolph | /s/ Jonathan Randolph |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued**

- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Everett L Green    everett.l.green@usdoj.gov
- David L. Neale    dln@lnbyg.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*　　　　Page 5　　　　**F 2090-1.2.APP.NONRES.ATTY**