1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  ABRAM S. FEUERSTEIN, SBN 133775
   ASSISTANT UNITED STATES TRUSTEE
   EVERETT L. GREEN, SBN 237936
3  TRIAL ATTORNEY
   UNITED STATES DEPARTMENT OF JUSTICE
4  OFFICE OF THE UNITED STATES TRUSTEE
   3801 University Avenue, Suite 720
   Riverside, CA 92501-3200
5  Telephone:    (951) 276-6990
   Facsimile:    (951) 276-6973
6  Email:        Everett.L.Green@usdoj.gov

7

8              UNITED STATES BANKRUPTCY COURT

               CENTRAL DISTRICT OF CALIFORNIA
9
                    RIVERSIDE DIVISION
10

11 In re:                              Case No. 6:23-bk-10070-WJ

12 WARNER SCIENCE APPLICATIONS,        CHAPTER 7

13                                     **NOTICE OF APPOINTMENT OF
          Debtor.                      TRUSTEE; ACCEPTANCE OF
                                       APPOINTMENT AS TRUSTEE**
14

15

16

17

18

19

20

21

22

23

24

-1-

1   Pursuant to 11 U.S.C. §§ 701 (a)(1) and 322, Lynda T. Bui is hereby appointed Trustee of

2   the bankruptcy case of WARNER SCIENCE APPLICATIONS. This case is covered by the

3   Chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the

4   bond and any amendments or modifications thereto.

5

6   Dated: ___6/11/24___                          PETER C. ANDERSON
                                                   UNITED STATES TRUSTEE
7

8                                                  By: _____
                                                       Everett L. Green
9                                                      Trial Attorney

10

        I, the undersigned affirm that to the best of my knowledge and belief, I am disinterested
11
    within the meaning of § U.S.C. 101(14), and on this basis, I hereby accept my appointment as
12
    Trustee in the above case. I will immediately notify the United States Trustee if I become aware of
13
    any facts to the contrary.
14

15
    Dated: 6/12/24                                 _____
16                                                 Lynda T. Bui
                                                   TRUSTEE
17

18

19

20

21

22

23

24

-2-